IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION

DELIA CANDACE GRIGGS                                                           PLAINTIFF

VS.                                                     CIVIL ACTION NO.  3:22-cv-154-FKB

KILOLO KIJAKAZI,
COMMISSIONER OF SOCIAL
SECURITY                                                                       DEFENDANT

## FINAL JUDGMENT

In accordance with the opinion and order entered this day, the decision of the Commissioner is affirmed, and this matter is dismissed with prejudice.

SO ORDERED AND ADJUDGED, this the 22nd day of August, 2023

/s/ F. Keith Ball
UNITED STATES MAGISTRATE JUDGE